Your Honor,

1. Could we please get a better understanding of "Circumstantial Evidence". -- You spoke about this today and on day 1, we just need to be reminded.

2. As well, could you please remind us how we should think about using/leveraging personal experiences?